IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS RANDALL, JR., *et al.*,

    Plaintiffs,                  No. CIV 2:12-cv-2689 KJM AC PS

    vs.

DAVIS JOINT UNIFIED SCHOOL DISTRICT, *et al.*,

    Defendants.              <u>ORDER</u>

/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). On January 7, 2013, plaintiffs filed a motion for leave to amend their complaint. That motion was denied on January 14, 2013 because plaintiffs failed to comply with Local Rule 137(c), which provides, in part, "If filing a document requires leave of court, *such as an amended complaint after the time to amend as a matter of course has expired*, counsel shall attach the document proposed to be filed as an exhibit to moving papers seeking such leave and lodge a proposed order as required by these Rules." (Emphasis added.) Specifically, plaintiffs failed to attach a copy of their proposed amended complaint to their motion.

        Plaintiffs have now filed a second motion for leave to file an amended complaint, which they noticed for hearing on February 20, 2013. Plaintiffs have again, however, failed to

1

attach a copy of their amended complaint to their motion.  Therefore, plaintiffs' motion will be denied without prejudice.  If plaintiffs intend to file a third motion to amend their complaint, they *must* attach a proposed amended complaint to their motion pursuant to Local Rule 137(c). It will not suffice for them to describe, as they continue to do in their motion, what they intend to include in their proposed amended complaint.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The February 20, 2013 hearing on plaintiffs' motion for leave to amend is vacated; and

2. Plaintiffs' January 17, 2013 motion for leave to amend is denied without prejudice.

DATED: January 23, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;rand2689.amend2